IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| JOSE BASILIO MEDINA, | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:13-cv-265-WMA-PWG |
| ERIC HOLDER, JR., et al., | ) |
| Respondents. | ) |

**MEMORANDUM OPINION**

The previously-assigned magistrate judge filed a report and recommendation (Doc. # 10) on October 21, 2013, recommending that the above-captioned petition for writ of habeas corpus be dismissed as moot because the petitioner had already been deported, and thus was no longer in the custody of the respondents. The parties were allowed an opportunity in which to file objections; no objections have been received from either party. In fact, the copy mailed to the petitioner was returned to the Clerk as undeliverable, further supporting respondents' position that the petitioner is no longer in their custody.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and her recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be dismissed as moot.

A separate order effectuating this opinion will be entered.

DONE this 26th day of November, 2013.

```
                                    _____
                                    WILLIAM M. ACKER, JR.
                                    UNITED STATES DISTRICT JUDGE
```